**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1314**

In re:  DWAYNE MARTINEZ BACON,

      Petitioner.

On Petition for Writ of Mandamus.  (2:08-cr-00694-DCN-1)

Submitted:  May 27, 2020                                     Decided:  July 14, 2020

Before MOTZ, AGEE, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Dwayne Martinez Bacon, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Martinez Bacon petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion to reduce his sentence. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted Bacon's motion on April 10, 2020. Accordingly, because the district court has recently decided Bacon's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*